```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

PAUL G. DOWLING                                              PLAINTIFF

      v.            Civil No. 06-4004

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                               DEFENDANT

## O R D E R

For reasons stated in a memorandum opinion of this date, this case is hereby remanded to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 29th day of March 2007.

                                    /S/JIMM LARRY HENDREN
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.