IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL G. DOWLING                                                         PLAINTIFF

V.                                      NO. 06-4004

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration                                                   DEFENDANT

## **J U D G M E N T**

Now on this 10th day of March, 2010, comes on for consideration the Report and Recommendation of the United States Magistrate Judge (document #21) dated February 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The Court, being well and sufficiently advised, finds and orders as follows with respect to the same:

     1.      The plaintiff filed Objections to the Report and Recommendation of the United States Magistrate Judge (document #22). The Court finds that they are without merit and are denied.

     2.      The Court, having considered the Report and Recommendation of the United States Magistrate Judge (document #21), and the objections, finds and orders that the Report and Recommendation should be, and it hereby is adopted in toto.

     3.      Accordingly, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (document #22); affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

     IT IS SO ORDERED.

                                                     /s/Jimm Larry Hendren
                                                     HON. JIMM LARRY HENDREN
                                                     UNITED STATES DISTRICT JUDGE